# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name:   Shawna L. Vineyard                                    Case No.   22-70375

Appearances at First Meeting:   Jeffrey Abbott, Attorney for the Debtor

## Plan Information

| | |
|---|---|
| X  Plan | ___  Amended Plan |
| Plan Payment: | $100.00 for 2 months |
| | $3,200.00 for 58 months |

Plan Term: 60 months    Approx. 100% Plan

| | |
|---|---|
| Priority Creditors | $ - |
| Arrearage | $ 70,000.00 |
| Secured Creditors | $ - |
| Special Unsecured | $ - |
| General Unsecured | $ 94,470.00 |
| Attorney Fee | $ 2,750.00 |
| Trustee Fee | $ 18,580.00 |
| Total Plan | $ 185,800.00 |

Wage Deduction    ___ Yes    X No

Direct Payments:   Student loan creditor; Plan silent on who makes post-petition PHH payments; PHH arrears lower than in Plan

Other:  OSF bonus repay not scheduled; Amended F needed for notice of automatic stay but claims bar date has passed
Plan silent on priority taxes scheduled; IRS claim filed, estimates debt for unfiled returns

## Means Test Information

| | |
|---|---|
| X  Over Median | ___ Under Median |
| X  Income Verified | |
| X  Form 122C-2 approved by Trustee | |
| ___ Form 122C-2 contested by Trustee | |
| ___ Income | ___ Standard Deductions |
| ___ Additional Expense Deductions | |
| ___ Debt Payment | |
| ___ Amended Form 122C-2 to be filed | |

| | |
|---|---|
| Line 45-Mo. Disposable Income: | $ 2,604.38 |
| Sixty Month Total: | $ 156,262.80 |
| Total Plan Distribution to Unsecured Creditors: | $ 94,470.00 |
| Estimated General Unsecured: | $ 79,079.09 |

## Trustee Recommendations

___ Confirm Plan as filed
___ Confirm Plan with the following Changes:

X  Amended Plan to be filed within   28   days
X  Amended Schedule   F, I, J   to be filed within   28   days
___ Request Confirmation Hearing
   *Feasibility*   *Best Interest of Creditors Test*   *Valuation of Collateral*
   *Excess Disposable Income*   *Other:*

Amended I needed for employment at Memorial; Amended J to match income on Amended I. Debtor may also file Motion to Borrow and have Schedule J car payment. 28 days for filing date bank statement, Memorial pay.

Signed:   /s/ Ken Siomos                           Dated:   9/15/2022
Ken Siomos, Staff Attorney