**IT IS SO ORDERED.**

**SIGNED THIS: January 10, 2023**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:     Shawna Vineyard                                                    Case No.   22-70375

Debtor.

**ORDER DISMISSING CASE**

The Court finds:

    that the Debtor's Motion to Dismiss Chapter 13 case (Doc #53) is allowed.

IT IS THEREFORE ORDERED that the Chapter 13 case in bankruptcy filed on June 16, 2022, be and is hereby dismissed.

IT IS FURTHER ORDERED that if the filing fee for this case was not paid in full, any new case filed by debtor under any Chapter of the Bankruptcy Code in the Central District of Illinois must be accompanied by the full case filing fee.

IT IS FURTHER ORDERED that the Clerk's fees of $0.00 are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the Final Report (120 days for a Chapter 13).

  Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###